THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Frasier, Appellant.
 
 
 

Appeal From Charleston County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-558
Submitted October 1, 2008  Filed October
 9, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  A
 jury found David Frasier guilty of assault and battery of a high and aggravated
 nature (ABHAN), committing a lewd act on a minor, and disseminating harmful
 materials to a minor.  Frasier argues the
 trial judge erred in allowing the State to introduce evidence that was
 irrelevant and unduly prejudicial.  After a thorough review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Frasiers appeal and grant
 counsels motion to be relieved.[1]  
APPEAL DISMISSED.
SHORT and THOMAS, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.